Ryan E. Chapple
Texas State Bar No. 24036354
CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
Telephone: 512-477-5000
Email: rchapple@cstrial.com
*Counsel for MC Aquatic Construction LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| VPC VILLAGE AT PEPPER CREEK | § | |
| CONSTRUCITON SERVICES, LLC | § | Case No. 25-34968-mvl7 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO ALL PARTIES, PLEASE TAKE NOTICE that MC Aquatic Construction LLC

(MC Aquatic), by and through the undersigned counsel, files this Notice of Appearance

and Request for Service in the above-captioned case, pursuant to Rules 2002, 3017, 9007,

and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342, and

1109(b) and requests that copies of all notices and pleadings given or filed in this

bankruptcy case be given and served upon MC Aquatic by serving:

> Ryan E. Chapple
> State Bar No. 24036354
> rchapple@cstrial.com
> **CAIN & SKARNULIS PLLC**
> 303 Colorado Street, Suite 2850
> Austin, Texas 78701
> 512-477-5000
> 512-477-5011—Facsimile

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only

the notices and papers referred to in the Rules specified above, but also includes, without

limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service is not intended as consent pursuant to 28 U.S.C. § 157(c)(2) or waiver of: (1) the liquidation or estimation of unliquidated claims for purposes of distribution, reserved for Article III adjudication pursuant to 28 U.S.C. § 157(b)(2)(B); (2) the right to trial by jury pursuant to 28 U.S.C. § 1411; (3) the right to contest jurisdiction or appropriate venue; and (4) any other rights, claims, actions, or defenses in law, in equity, or otherwise that may be available under applicable law, which MC Aquatic expressly reserves.

Respectfully submitted this 8th day of April 2026.

_____*/s/ Ryan E. Chapple*_____

Ryan E. Chapple
State Bar No. 24036354
rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

***ATTORNEY FOR MC AQUATIC
CONSTRUCTION LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service has been served on counsel for the Debtors, Debtors, and all parties receiving or entitled to notice through CM/ECF on this 8th day of April 2026.

_/s/ Ryan E. Chapple_
Ryan E. Chapple

Label Matrix for local noticing
0539-3
Case 25-34968-mvl7
Northern District of Texas
Dallas
Wed Apr  8 11:27:00 CDT 2026

VPC Village at Pepper Creek Construction Ser
1909 Woodall Rogers Fwy
Suite 300
Dallas, TX 75201-2255

Village At Pepper Creek, LP
5434 205 Loop
Temple, TX 76502-4118

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

AL Clawson Disposal Inc.
PO Box 416
Jarrell, TX 76537-0416

ARCI Ltd.
PO Box 7059
Spring, TX 77387-7059

About Schmidt Plumbing
PO Box 388
Cabot, AR 72023-0388

All Green Services, LLC
125 B Pine Meadow Dr
Pooler, GA 31322-9354

Allied Interior Solutions, LLC
PO Box 675134
Dallas, TX 75267-5134

American Arbitration
Attn: Sharon Durkin
1301 Atwood Ave
Johnston, RI 02919-4946

Apex Land Surveying
214 Wapiti Dr
Azle, TX 76020-1490

Aries Buildings
Attn: Sarah Ward
5055 Burke
Pasadena, TX 77504-4021

Arkansas Pro Wash, Inc.
dba Pro Wash Inc.
PO Box 878
Bryant, AR 72089-0878

Artisent Floors
PO Box 17526
Memphis, TN 38187-0526

BPM Services Inc.
3512 Southwest Blvd
Tulsa, OK 74107-3810

Bank of America
P.O. Box 650260
Dallas TX 75265-0260

Bay Palms RV Resort
c/o AL RV Coden, LLC
15440 Dauphin Island Pkwy
Coden, AL 36523-3400

Bee & Bee Enterprises
PO Box 850802
Mesquite, TX 75185-0802

Bell Contractors, Inc.
3082 W Hwy 190
Belton, TX 76513

Beyer Mechanical Ltd.
17105 Beyer John Dr
Selma, TX 78154-0359

Builders One Stop Supply LLC
3130 West 5th St
Fort Worth, TX 76107-2105

Built Technologies, Inc.
635 Grassmere Park
Nashville, TN 37211-3659

C and S Masonry
2740 State Highway 276 #100
Rockwall, TX 75032-4804

C&T Paving
686 S. Seguin Ave #311411
New Braunfels, TX 78131-2658

Capstone Builder Services
14125 W State Hwy 29 Ste B-203-124
Liberty Hill, TX 78642-2207

Capstone Builder Services
c/o Lovein Ribman, Attn: Jacob Hamilton
919 Congress Ave Suite 1220
Austin, TX 78701-2572

Capstone Builder Services LLC
316 E Vaughn St
Bertram, TX 78605

Cepeda Drywall LLC
1806 Little York Rd
Houston, TX 77093-3230

Chadwell Supply Inc.
PO Box 105172
Atlanta, GA 30348-5172

Choate USA
6505 W Park Blvd Suite 306-359
Plano, TX 75093-6208

Coastal Countertops Distributors, Inc.
45 Hill St
Statesboro, GA 30458-4850

Crady Jewett McCulley & Houren LLP
Attn: William Sudela
2727 Allen Parkway Suite 1700
Houston, TX 77019-2125

Delta Consulting Group
4330 Prince Williams Pkwy Suite 301
Woodbridge VA 22192-8102

Delta Consulting Group, Inc.
4330 Prince William Parkway
Suite 301
Woodbridge, VA 22192-8102

ECAM aka GardaWorld Security Services
PO Box 843886
Kansas City, MO 64184-3886

(p)EQUIPMENTSHARE
ATTN TIM JOHNSON
2000 E BROADWAY PMB 124
COLUMBIA MO 65201-6009

EquipmentShare.com, Inc.
PO Box 650429
Dallas, TX 75265-0429

FS Blinds
2801 E State Hwy 121
The Colony, TX 75056-5033

Fashion Glass & Mirror
585 S. I35
DeSoto, TX 75115-6402

Fashion Glass & Mirror LLC
PO BOX 310
Desoto, TX 75123-0310

Fast Signs
4668 Airport Blvd
Mobile, AL 36608-3124

Fit Supply, LLC
3341 Regent Blvd Suite 130355
Irving, TX 75063-3128

GWR 2020 Construction Services, LLC
29118 Hidden Lake Ct
Magnolia, TX 77354-6582

Genesis Countertops and Accessories
6868 E Guy Terry Rd
Springdale, AR 72764-5031

Golden Dome Construction LLC
8345 Parish Ave
McKinney, TX 75071-8571

Granitebug LLC
17595 W Blanco Rd Suite 300
San Antonio, TX 78232-1038

Granitebug, LLC
17595 West Blanco Rd
Suite 300
San Antonio, TX 78232-1038

Gulf Breeze RV Resort
c/o AL RV Gbreeze Gulf Shores, LLC
19800 Oak Rd West
Gulf Shores, AL 36542-2660

HD Supply Inc.
PO Box 509058
San Diego, CA 92150-9058

HEO Drywall LLC
4104 Linkmeadow Dr
Aledo, TX 76008-3563

Hard Work General Contractors
9575 Marquette St NW
Concord, NC 28027-3561

Highland Group
501 S McKenzie St Suite 2
Foley, AL 36535-1930

Honey Bucket
10412 John Bananola Way E
Puyallup, WA 98374-9333

Hutchins Garage Doors
2215 Investment Dr
Pflugerville, TX 78660-8309

Internal Revenue Service
1100 Commerce St MC 5027DAL
Dallas, TX 75242-1100

JB Stones Construction
10721 John Price Rd
Charlotte, NC 28273-4640

Johnson Insulation
475 N Williamson Blvd
Daytona Beach, FL 32114-7101

KNN Cleaning, LLC
635 Old Hwy 24
Sumrall, MS 39482-3719

Kent Companies
830 Valley Ridge Blvd
Lewisville, TX 75057-3319

King Painting, LLC
PO Box 794022
Dallas, TX 75379-4022

Kinsale Insurance Company
2035 Maywill St
Richmond, VA 23230-3215

Krystal Winders Electrical Solutions
113 Westminster Dr
Waxahachie, TX 75165

LRS Holdings, LLC
PO Box 1700
Lowell, AR 72745-1700

LYNX at Gate City
c/o Parventino Property, LLC
2828 Vanstory St
Greensboro, NC 27407-5298

Lavendel
c/o TX RV Lavendel Fredericksburg, LLC
457 Bob Moritz Dr
Fredericksburg, TX 78624-3034

Lights Direct Inc.
1300 Stafford Ave
Washington, MO 63090-4304

Logos Construction Services LLC
7726 El Pastel Dr
Dallas, TX 75248-3121

MA Williams Plumbing Inc.
2623 Patrick Rd
Waxahachie, TX 75167-7231

(p)MFS SUPPLY  LLC
ATTN TIM SHINKARUK
31100 SOLON RD
SUITE 16
SOLON OH 44139-3463

Marine Creek Ventures
405 Golfway Dr
Saint Augustine, FL 32095

Michel O. Provosty, Jr.
VPC Village at Pepper Creek Construction
Services, LLC
1909 Woodall Rogers Fwy Suite 300
Dallas, TX 75201-2255

Middlebrooks
718 S East St
Benton, AR 72015-4322

Mobile West RV Resort
c/o AL RV Mobile Theodore, LLC
6171US-90
Theodore, AL 36582

Mustard Design
209 S. Llano St Suite B
Fredericksburg, TX 78624-4134

NOVA at Lake Norman
c/o 150 West Mooresville, LLC
130 Nile Circle
Mooresville, NC 28117-8807

National Floor Covering
8860 Fallbrook Dr
Houston, TX 77064-4855

Nationwide Gutters
4312 Reeder Dr
Carrollton, TX 75010-4535

Nick Reis
3622 Bridle Bend
Prosper, TX 75078-8818

Oakley Fence
6322 E 6th Ave
Stillwater, OK 74074-6466

Pantera Global Technology
PO Box 736423
Chicago, IL 60673-6423

Pattison ID
14201 Sovereign Rd Suite 101
Fort Worth, TX 76155-2644

Pecan Construction
PO Box 41958
Austin, TX 78704-0033

PeopleReady Inc.
1002 Solutions Center
Chicago, IL 60677-1000

Precision Granite and Marble
5290 Old Hwy 11
Hattiesburg, MS 39402-8886

Precision Reconstruction Group, LLC
PO Box 2995
Forney, TX 75126-2995

Premier Stone Counter Tops, LLC
8305 N Classen Blvd
Oklahoma City, OK 73114-2147

(p)QUALITY REFRIGERATION CONCEPTS INC
215 CASSELL STREET
WINSTON-SALEM NC 27127-4810

Quikkit
Dept 415
PO Box 4458
Houston, TX 77210-4458

RREAF Holdings LLC
c/o Greg Jackson, Arcadi Jackson
2911 Turtle Creek Blvd Suite 800
Dallas, TX 75219-6250

RREAF Holdings, LLC
1909 Woodall Rodgers Freeway
Suite 300
Dallas, TX 75201-2255

Rankin Construction
3130 West 5th St
Fort Worth, TX 76107-2105

Real Floors
130 Nile Circle
Mooresville, NC 28117-8807

Republic Services
for Allied Services, LLC
18500 N Allied Way
Phoenix, AZ 85054-3101

(p)RESULTS STAFFING  INC
1111 W MOCKINGBIRD LANE
SUITE #100
DALLAS TX 75247-5000

Robles Cleaning Services, LLC
2609 Haynes Dr Unit A
Midland, TX 79705-3324

Rosch Southwest LLC
Rosch dba Retaining Walls
18390 Wings Corporate Dr
Chesterfield, MO 63005-4023

Rowe Engineering & Surveying
3502 Laughlin Dr Suite B
Mobile, AL 36693-5660

SGM Construction Inc.
11500 S. Main Street, Ste 118
Houston, Texas 77025-5911

SGM Doors and Trim, LLC
11500 S Main St Unit 118
Houston, TX 77025-5911

STM Construction Company
Attn: Eugene Kick
311 Industrial Blvd Suite D
McKinney, TX 75069-7347

Shamrock Pools, Inc.
2805 Nokomis Rd
Lancaster, TX 75146-5779

Sherwin Williams
2100 Lakeside Blvd #400
Richardson, TX 75082-4349

Shipman Fire Protection
1020 La Jolla
Rockwall, TX 75032

Specialty Concrete Coatings of Texas
8920 Point 6 Circle
Houston, TX 77095-3117

Sports Flooring Inc.
2500 West Main St Suite G-8
League City, TX 77573-1821

Square Cabinetry, LLC
PO Box 675141
Dallas, TX 75267-5141

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

Surface Experts
9612 Lea Shore St
Fort Worth, TX 76179-3225

SwimScapes, LLC
215 Deer Glade Ct
Fort Worth, TX 76179

THS National, LLC
1050 Classic Rd Suite 100
Apex, NC 27539-4404

TTC Windows & Supply, LLC
PO Box 1332
Colleyville, TX 76034-1332

Taylor Made Lawn & Landscaping
1048 Ansley Park Dr
Indian Land, SC 29707-7885

Tejas Specialty Concrete Coatings, LLC
8920 Point 6 Circle
Houston, TX 77095-3117

Tejas Specialty Concrete Coatings, LLC
dba Specialty Concrete Coatings of Texas
c/o William R. Sudela
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125

Texas Balance
PO Box 1245
Belton, TX 76513-5245

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Southwest Floors, LLC
2301 McDaniel Dr #100
Carrollton, TX 75006-6867

The GroundsMen
19447 US Hwy 80 East
Brooklet, GA 30415-6130

The Styled Life Designs LLC
1711 Wichita Dr
Prosper, TX 75078-1877

The Summit at Rock Hill
c/o Summit Rock Hill, LLC
1817 Paces River Ave
Rock Hill, SC 29732-1775

Traditions at Westmoore
c/o Traditions Westmoore OKC, LLC
12205 S Western Ave
Oklahoma City, OK 73170-5901

United Site Services
PO Box 660475
Dallas, TX 75266-0475

United States Attorney's Office
1100 Commerce Street, 3rd Floor
Dallas, TX 75242-9998

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Viking Fence Co., Ltd
9602 Gray Blvd
Austin, TX 78758-5492

Village at Mill Creek
c/o Mill Creek Statesboro, LLC
552 E Main St
Statesboro, GA 30461-4223

Village at Pepper Creek GP, LLC
Attn: Mike Emmons
5434 205 Loop
Temple, TX 76502-4118

Village at Pepper Creek GP, LLC
c/o Baird Crews Schiller & Whitaker, PC
15 N Main St
Temple, TX 76501-7629

Village at Pepper Creek, LP
Attn: Mike Emmons
5434 205 Loop
Temple, TX 76502-4118

WRTC Services, LLC
1909 Woodall Rodgers Freeway
Suite 300
Dallas, TX 75201-2255

Waste Management
PO Box 55558
Boston, MA 02205-5558

Water's Edge Phase I
1909 Woodall Rodgers Frwy
Dallas, TX 75201-2232

Whirpool Corporation
PO Box 915029
Dallas, TX 75391-5029

White Star Supply
5395 Altama Ave
Brunswick, GA 31525-2202

William Scotsman, Inc. dba Mobile Mini
PO Box 91975
Chicago, IL 60693-1975

Yellow Rose Steel
14239 Sommermeyer
Houston, TX 77041-6202

Zigdon's Locksmith
2205 Decker Blvd
Columbia, SC 29206-3502

Jeffrey H. Mims
Jeffrey H. Mims, Trustee
Founders Square, Suite 560
900 Jackson Street
Dallas, TX 75202-4404

Marc W. Taubenfeld
Munsch Hardt Kopf and Harr
500 N. Akard Street
Suite 4000
Dallas, TX 75201-6605

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

EquipmentShare Inc
2000 E Broadway PMB 124
Columbia, MO 65201

MFS Supply LLC
31100 Solon Rd
Solon, OH 44139

QRC, Inc.
215 Cassell St
Winston Salem, NC 27127

Results Staffing, Inc.
1111 W Mockingbird Ln Suite 100
Dallas, TX 75247

Texas Comptroller of Public Accounts
Revenue Accounting Division-
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Cavazos Hendricks Poirot P.C.                (u)Tejas Specialty Concrete Coatings, LLC        (d)United States Trustee
                                                 d/b/a Specialty Concrete Coatings of Tex        1100 Commerce Street, Room 976
                                                 c/o William R. Sudela                           Dallas, TX 75242-0996
                                                 Crady Jewett McCulley & Houren LLP
                                                 2727 Allen Parkway, Ste 1700, Houston, T


End of Label Matrix
Mailable recipients   138
Bypassed recipients     3
Total                 141