**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    1

| Case No.: | 25-34968-MVL | Trustee Name: | Jeffrey H. Mims |
|---|---|---|---|
| Case Name: | VPC VILLAGE AT PEPPER CREEK CONSTRUCTION SERVICES, LLC | Date Filed (f) or Converted (c): | 12/11/2025 (f) |
| For the Period Ending: | 03/31/2026 | §341(a) Meeting Date: | 01/13/2026 |
| | | Claims Bar Date: | 04/15/2026 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Bank of America - 150 West Apartments Checking 5503 $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | 3.2. Bank of America - 51 Traden Heights Checking 7850 $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | 3.3. Bank of America - Bay Palms Checking 2068 $253.81 | $253.81 | $253.81 | | $253.81 | FA |
| 4 | 3.4. Bank of America - Glenn @ Polo Park Checking 7889 $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 5 | 3.5. Bank of America - Gulf Breeze Checking 2055 $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 6 | 3.6. Bank of America - Lavendel Checking 7931 $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Bank of America - Mansions Offsite Checking 3010 $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 8 | 3.8. Bank of America - Mansions Phase I Checking 3752 $563.02 | $563.02 | $563.02 | | $563.02 | FA |
| 9 | 3.9. Bank of America - Meadowbrook Checking 3375 $315.39 | $315.39 | $315.39 | | $315.39 | FA |
| 10 | 3.10 . Bank of America - Mobile West Checking 2071 $865.90 | $865.90 | $865.90 | | $865.90 | FA |
| 11 | 3.11 . Bank of America - Paces Checking 6192 $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 12 | 3.12 . Bank of America - Park at Aventino Checking 2084 $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 13 | 3.13 . Bank of America - RCS Main Checking 2312 $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 14 | 3.14 . Bank of America - RCS Main - Sage Checking 5516 $178.97 | $178.97 | $178.97 | | $178.97 | FA |
| Asset Notes: | Bank of America account | | | | | |
| 15 | Bank of America - Reserve @ Long Point P2 Checking 7876 $0.00 | $0.00 | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| Case No.: | 25-34968-MVL | Trustee Name: | Jeffrey H. Mims |
|---|---|---|---|
| Case Name: | VPC VILLAGE AT PEPPER CREEK CONSTRUCTION SERVICES, LLC | Date Filed (f) or Converted (c): | 12/11/2025 (f) |
| For the Period Ending: | 03/31/2026 | §341(a) Meeting Date: | 01/13/2026 |
| | | Claims Bar Date: | 04/15/2026 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 3.16 . Bank of America - River Point P2 Checking 7863 $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 3.17 . Bank of America - Rivers Edge Checking 5529 $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 3.18 . Bank of America - Sanctuary Offsite Checking 3736 $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 3.19 . Bank of America - Sea Palms Checking 3696 $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 3.20 . Bank of America - Traditions @ Westmore P2 Checking 7892 $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| Bank of America - Village of Mill Creek Checking 4546 | $0.00 | $0.00 | | $0.00 | FA |
| Bank of America - Waters Edge Checking 4306 | $0.00 | $0.00 | | $0.00 | FA |
| Bank of America - Windy Shores Checking 3362 | $0.00 | $0.00 | | $0.00 | FA |
| Precoro software Unknown | Unknown | $0.00 | | $0.00 | FA |
| 8.2. Sage accounting software Unknown | Unknown | $0.00 | | $0.00 | FA |
| Zurich Builder's Risk Policy Unknown | Unknown | $0.00 | | $0.00 | FA |
| Pantera Global Technology (construction software) | Unknown | $0.00 | | $0.00 | FA |
| Garnishment in the GWR 2020 Construction Services LLC v RREAF Construction Services, LLC case in Bell County, Texas (see SOFA #7.2) | $230,000.00 | $230,000.00 | | $279,012.41 | FA |
| **Asset Notes:** Bank of America funds. | | | | | |
| Unscheduled payment for arbitration refunded to Debtor by American Arbitration Association **(u)** | $0.00 | $11,916.61 | | $11,916.91 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $232,177.09 | $244,093.70 | | $293,106.41 | $0.00 |

**Major Activities affecting case closing:**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   3

| | |
|---|---|
| **Case No.:** | 25-34968-MVL |
| **Case Name:** | VPC VILLAGE AT PEPPER CREEK CONSTRUCTION SERVICES, LLC |
| **For the Period Ending:** | 03/31/2026 |

| | |
|---|---|
| **Trustee Name:** | Jeffrey H. Mims |
| **Date Filed (f) or Converted (c):** | 12/11/2025 (f) |
| **§341(a) Meeting Date:** | 01/13/2026 |
| **Claims Bar Date:** | 04/15/2026 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

04/22/2026    Trustee investigating possible arbitration/litigation claims. All other assets have been collected to date in this fairly new case.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/31/2027 | **Current Projected Date Of Final Report (TFR):** | /s/ JEFFREY H. MIMS |

JEFFREY H. MIMS
TRUSTEE